UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ESTELL KARCHER AND TRAVIS KARCHER SR. | CIVIL ACTION |
| VERSUS | NO: 06-9044 |
| STATE FARM INSURANCE COMPANY | SECTION: "J"(3) |

**ORDER AND REASONS**

Before the Court is **Plaintiffs' Motion to Remand (Rec. Doc. 3)**. Defendant opposed this motion, which was set for hearing on January 31, 2007 on the briefs alone.  Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in Chieh v. Colony Ins. Co., 2006 WL 3437502 (E.D. La. Nov. 27, 2006) in its discussion of improper joinder of J. Everett Eaves, Inc., and Ron-Del Floor Service, Inc. v. St. Paul Travelers Ins. Co., 2006 WL 3437527 (E.D. La. Nov. 27, 2006) in its discussion of peremption, Plaintiffs' motion to remand should be denied and the claims against Mel Nelson should be dismissed.  Accordingly,

**IT IS ORDERED** that **Plaintiffs' Motion to Remand (Rec. Doc. 3)** should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Mel Nelson are hereby **DISMISSED**.

1

New Orleans, Louisiana this 31st day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE